I. M. KINCAID *et al.* v. A. FRIEDMAN *et al., etc.*

No. 12,742. ( 73 Pac. 52.)

Error from Linn district court; WALTER L. SIMONS,
judge. Opinion filed July 10, 1903. Affirmed.

*John C. Cannon*, for plaintiffs in error.
*James D. Snoddy*, for defendants in error.

*Per Curiam:* There is an attempt to prosecute this pro-
ceeding in error upon a transcript. What is before us
shows that there are other files which are not a part of the
transcript, and the certificate of the clerk does not show
that the papers attached are a true and correct transcript
of the record in the case. Therefore, this court has no
jurisdiction to examine the alleged errors.

The judgment is affirmed.